IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| BRIAN GALLANT,<br><br>        Plaintiff,<br><br>        v.<br><br>TD BANK, N.A.,<br><br>        Defendant. | HONORABLE KAREN M. WILLIAMS<br><br><br>Civil Action<br>No. 1:22-CV-05476-KMW-EAP<br><br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of the Motion of Defendant TD Bank, N.A. ("Defendant") to dismiss the Class Action Complaint of Plaintiff Brian Gallant ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6); the Court having considered Defendant's Motion (ECF No. 8), Plaintiff's Opposition thereto (ECF No. 14), Defendant's Reply (ECF No. 19), as well as the Parties' arguments heard on the record on July 18, 2023; for the reasons articulated on the record; and for good cause shown;

**IT IS** this **18th** day of **July 2023** hereby

**ORDERED** that Defendant's Motion to Dismiss (ECF No. 8) is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Class Action Complaint (ECF No. 1) is **DISMISSED** in its entirety **WITH PREJUDICE**.


*/s/ Karen M. Williams*
KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE